**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED



MAR 20 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES EDWARD BOWELL, | No. 13-16835 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-00397-JAM-DAD |
| v. | |
| R. GAMBERG; et al., | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted March 10, 2015**

Before:     FARRIS, WARDLAW, and PAEZ, Circuit Judges.

James Edward Bowell, a California state prisoner, appeals pro se from the

district court's order denying his motions for reconsideration in his 42 U.S.C.

§ 1983 action alleging excessive force, failure to protect, and denial of access to

courts.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

discretion, *Sch. Dist. No. 1J Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir.1993), and we affirm.

The district court did not abuse its discretion in denying Bowell's motions for reconsideration because Bowell failed to demonstrate any basis for relief. *See id.* at 1262-63 (grounds for reconsideration under Fed. R. Civ. P. 60); *see also Latshaw v. Trainer Wortham & Co.*, 452 F.3d 1097, 1103 (9th Cir. 2006) (Rule 60(b)(6) requirements)*; Casey v. Albertson's Inc.*, 362 F.3d 1254, 1260 (9th Cir. 2004) (Rule 60(b)(3) requirements); *Coastal Transfer Co. v. Toyota Motor Sales, U.S.A.*, 833 F.2d 208, 211 (9th Cir. 1987) (Rule 60(b)(2) requirements).

We do not consider Bowell's challenge to the underlying grant of summary judgment and other pre-trial motions because Bowell failed to file a timely notice of appeal or a timely post-judgment tolling motion. *See* Fed. R. App. P. 4(a)(1)(A), (a)(4)(A).

Bowell's requests for appointment of counsel set forth in his briefs are denied.

Bowell's request for publication, filed on January 31, 2014, is denied.

**AFFIRMED.**